JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 746 -- In re Texas Department of Corrections Inmate Trust Fund Litigation

| Date | Pleading | Pleading Description |
|------|------|---------------------|
| 87/10/13 | 1 | MOTION FOR TRANSFER (re A-2 - A-5), w/letter and cert. of service on courts (the Panel served motion papers on involved parties or counsel) -- pltf. Alvaro L. Hernandez, et al. -- SUGGESTED TRANSFEREE DISTRICT: S.D. TEXAS (cds) |
| 87/10/13 | 2 | MOTION, SCHEDULE (re A-1 - A-5), w/letter and cert. of service on courts (the Panel served motion papers on involved parties or counsel) -- pltf. Wesley Eubanks, et al. -- SUGGESTED TRANSFEREE DISTRICT: ? (cds) |
| 87/10/13 | 3 | MOTION FOR TRANSFER (re A-1 - A-5), w/letter and cert. of service on courts (the Panel served motion papers on involved parties or counsel) -- pltf. Antonio M. Lacey, et al. -- SUGGESTED TRANSFEREE DISTRICT: S.D. TEXAS (cds) |
| 87/10/30 | | APPEARANCES: GABRIEL G. QUINTANILLA, ESQ. for Robert Gunn, W.J. Estelle, Jr.; Lester H. Beaird; Jack Kyle; Raymond Procunier; George Waldron. (tmq) |
| 87/11/02 | 4 | RESPONSE (to pldg. #1) -- defts. T. Louis Austin, D.V. McKaskle, James A. Collins, Dayton Poppel and Joe F. Collins -- w/cert. of service (cds) |
| 87/11/10 | 5 | RESPONSE -- (to pldg. #4) pltf. Wesley Eubanks, et al. -- w/cert. of svc. (rh) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 88/01/26 | | WAIVERS OF ORAL ARGUMENT -- All waived (cds) |
| 88/02/22 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of Texas to the Hon. Norman W. Black for pretrial proceedings (rh) |
| 88/02/22 | | TRANSFER ORDER -- Transferring A-2 to the Southern District of Texas pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. ___746___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Texas Department of Corrections Inmate Trust Fund Litigation

## SUMMARY OF LITIGATION

| Hearing Dates January 28, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 22, 1988 | TO | Unpublished | S.D. Texas | Hon. Norman W. Black | |

### Special Transferee Information

DATE CLOSED: _11/27/91_

JPML FORM 1

DOCKET NO. ____ 746 __ _____

### LISTING OF INVOLVED ACTIONS
### In re Texas Department of Corrections Inmate Trust Fund Litigation

| Intra-Office Number | In re Texas Department of Corrections Inmate Trust Fund Litigation Caption | District and Judge | Civil Action Number | Transfer Date | Transfered Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Antonio Lacey, et al. v. Robert Gunn, et al. | Tex.,E. Parker | TY-84-239-CA | | | D-12/15/86 | |
| A-2 | Alvaro L. Hernandez, et al. v. Raymond K. Procunier, et al. | Tex.,E. Parker | TY-85-328-CA | 2-22-88 | H-88-730 | D. 11/27/91 | |
| A-3 | Robert Roberson v. T. Louis Austin, et al. | Tex.,S. Sterling | H-84-1658 | | | D. 8/17/87 | |
| A-4 | Robert Lee Mudd, et al. v. T. Louis Austin, et al. | Tex.,S. Black | H-83-2522 | . | | D. 11/27/91 | |
| A-5 | Wesley Eubanks, et al. v. Raymond Procunier, et al. | Tex.,S. Black | H-84-2985 | . | | D. 11/27/91 | |

July 1988 - 1 TR/2 add/ 3 Pdg.
July 1989 - Same
July 1990 - Same
July 1991 -
July 1992 - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 746 -- In re Texas Department of Corrections Inmate Trust Fund

Litigation

ALVARO L. HERNANDEZ, ET AL. (A-2)
WESLEY EUBANKS, ET AL. (A-5)
Thomas J. Bevans, Esq.
440 Louisiana
Suite 475
Houston, Texas 77002

ROBERT LEE MUDD, ET AL. (A-4)
Michael M. Todaro, Esq.
4801 Woodway (East), Suite 300
Houston, TX  77056

ROBERT GUNN
RAYMOND PROCUNIER
David C. Payne, Esq.
Monroe N. Clayton, Esq.
Assistant Attorney General
Post Office Box 99
Huntsville, TX  77340

T. LOUIS AUSTIN
LESTER H. BEAIRD
JAMES A. COLLINS
JOE F. COLLINS
W. J. ESTELLE, JR.
PAUL JACKA
D. V. McKASKLE
DAYTON POPPEL
P.A. SHARPE
WARDEN GEORGE WALDRON
Toni Hunter, Esq.
Adrian L. Young, Esq.
Assistant Attorney Generals
P.O. Box 12548, Capitol Station
Austin, Texas  78711

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _746_-- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert Gunn | A-1, A-2, A-3, A-4, A-5 |
| Joseph V. Lamantia | A-1, |
| Harry W. Whittington | A-1 |
| Pete V. Cortez | A-1 |
| Deralyn Davis | A-1 |
| Thomas McDade | A-1 |
| Clifford F. Smith | A-1 |
| Linsley Water, Jr. | A-1 |
| H. B. (Bartell) Zachry, Jr. | A-1 |
| Dan V. McKaskle | A-1, A-3, A-4 |
| Ashford Manning | A-1 |

| | |
|---|---|
| R. W. Townsley | A-1 |
| Royce Lee Harvey, #335104 | A-1 |
| Marshall Herklotz | A-1 |
| Wesley Warner | A-1 |
| E. E. Alford | A-1 |
| Joe Buck | A-1 |
| R. D. Miser | A-1 |
| Jessie I. Knox, M.D. | A-1 |
| Neill Rayford | A-1 |
| James Russell | A-1 |
| L. Lozano | A-1 |

JPML FORM 3

p.  3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 746 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| R. D. Campbell | A-1 |
| G. F. Millen | A-1 |
| R. E. Soape | A-1 |
| D. S. Lowry | A-1 |
| James E. Jeffcoat | A-1 |
| G. W. Tolfree | A-1 |
| S. B. Henderson | A-1 |
| I. M. Mays | A-1 |
| H. N. Nicholas | A-1 |
| P. J. Hefner | A-1 |
| R. Henderson | A-1 |

p.  4

| Name | | |
|---|---|---|
| Robert Henderson | A-1 | |
| L. J. Ishman | A-1 | |
| G. A. Turnipseed | A-1 | |
| A. D. Boger | A-1 | |
| W. L. Buckolts, Jr. | A-1 | |
| R. O. Graham | A-1 | |
| Frank Williams | A-1 | |
| Lane Sims | A-1 | |
| Charles Bledsoe | A-1 | |
| David Teeter | A-1 | |
| B. R.  Brock | A-1 | |

JPML FORM 3

p.  5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 746 -- _____

| Name of Party | Named as Party in Following Actions |
|---------------|-------------------------------------|
| H. C. Bryant | A-1 |
| G. L. Emerson | A-1 |
| S. L. McCrary | A-1 |
| M. L. Reinhart | A-1 |
| W. R. Sutton | A-1 |
| D. J. Walsh | A-1 |
| J. H. White | A-1 |
| E. J. Measows | A-1 |
| C. P. McLendon | A-1 |
| E. D. Curry | A-1 |
| F. Thornsberry | A-1 |

| | |
|---|---|
| H. F. Reigel | A-1 |
| E. E. Lack | A-1 |
| C. L. Brown | A-1 |
| J. Cochran | A-1 |
| P. Burton | A-1 |
| D. Grones | A-1 |
| D. Camp | A-1 |
| J. Caston | A-1 |
| M. L. Driver | A-1 |
| H. W. Ritter | A-1 |
| John Done | A-1 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 746 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| G. A. Fry | A-1 |
| J. N. Barratt | A-1 |
| L. M. Linson | A-1 |
| J. C. Gann | A-1 |
| C. W. Copeland | A-1 |
| W. Slay | A-1 |
| S. C. Mcree | A-1 |
| Raymond Procunier | A-1, A-2, A-5 |
| George Pierson | A-1 |
| D. M. Beagle | A-1 |
| J. Smith | A-1 |

p. 8

| M. James | A-1 |
| O. L. McCotter | A-1 |
| James A. Collins | A-1, A-2 |
| Dayton Poppel | A-1, A-2 |
| Joe F. Collins | A-1, A-2 |
| C. F. Streetman | A-1 |
| H. W. Fitzgerald | A-1 |
| Roy M. Fort | A-1 |
| G. Lee | A-1 |
| Joe McCormark | A-1 |
| Kenneth Bowman | A-1 |

JPML FORM 3

P. ___9___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *746* -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| S. O. Wood | A-1 |
| Charles G. Shandera | A-1 |
| Gilbert De Leon, Jr. | A-1 |
| Paul S. Mann | A-1 |
| Don Stiles | A-1 |
| Edward Odis Johson | A-1 |
| Helen Copitka | A-1 |
| Paul Duff | A-1 |
| Ruben Torres | A-1 |
| Connie L. Jackson | A-1 |
| George Killinger | A-1 |

| | |
|---|---|
| Clyde Whiteside | A-1 |
| Jack B. Pursley | A-1 |
| Robert Ott | A-1 |
| Richard Fortenberry | A-1 |
| NEVITT, | A-1 |
| LT. LINK | A-1 |
| J. Muniz, Sgt. | A-1 |
| CARR, | A-1 |
| JOHNSON, | A-1 |
| THOMSON, | A-1 |
| CANNER, | A-1 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _746_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| FLANAGAN, | A-1 |
| GILSON, | A-1 |
| FIDDLER, | A-1 |
| LIONS, | A-1 |
| WESTBROOK, | A-1 |
| WESLEY, | A-1 |
| G. R. Smith | A-1 |
| TALAFARROW, | A-1 |
| LOUDER, | A-1 |
| BITNICK, | A-1 |
| JUIDY, | A-1 |

p.  12

| Name | Designation |
|------|-------------|
| McMILLIEN, | A-1 |
| ALEXANDER, | A-1 |
| Lester H. Beaird | A2, A-3, A-4 |
| T. A. Sharp | A-2 |
| T. Louis Austin | A-3, A-4 |
| W. J. Estelle, Jr. | A-3, A-4 |
| Jack Kyle | A-3 |
| Don Costilow | A-3 |
| Warden George Waldron | A-4 |
| Paul Jacka | A-4 |
| | |